**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1: | Yitzchok Yehuda Saul Polonetsky<br>First Name Middle Name Last Name | Social Security number or ITIN: xxx–xx–8017<br>EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter: 7 | 9/18/26 |
| Case number: | 26–20660–MBK | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline 10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Yitzchok Yehuda Saul Polonetsky | |
| 2. | **All other names used in the last 8 years** | aka Yitzy Polonetsky | |
| 3. | **Address** | 615 Burke Rd<br>Jackson Township, NJ 08527–4827 | |
| 4. | **Debtor's attorney**<br>Name and address | Michael I. Assad<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road<br>Suite 336<br>Cherry Hill, NJ 08002 | Contact phone 609–808–3300<br>Email: mike@assad.law |
| 5. | **Bankruptcy trustee**<br>Name and address | Andrea Dobin<br>McManimon, Scotland & Baumann, LLC<br>427 Riverview Plaza<br>Trenton, NJ 08611 | Contact phone (609) 695–6070 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: Monday thru Friday 9:00am – 4:00pm CLOSED ON WEEKENDS AND FEDERAL HOLIDAYS<br><br>Contact phone: 609–858–9333<br><br>Date: 9/19/26 |
| **7. Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **October 14, 2026 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 487 460 4552, Click on JOIN using passcode 9525653870, or call 1–862–406–2193**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 12/14/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-20660-MBK

Yitzchok Yehuda Saul Polonetsky Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 2

Date Rcvd: Sep 21, 2026 Form ID: 309A Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Yitzchok Yehuda Saul Polonetsky, 615 Burke Rd, Jackson Township, NJ 08527-4827 |
| 521369551 | | Chex Systems Inc., Attn: Bankruptcy, PO Box 58339, Minneapolis, MN 55458-3399 |
| 521369560 | | Receivable Management Services LLC, Attn: Bankruptcy, 7450 Tilghman St, Allentown, PA 18106-9034 |
| 521369562 | | Ross Polonetsky, 615 Burke Rd, Jackson Township, NJ 08527-4827 |
| 521369565 | | State of Florida, Office of the Attorney General, PL-01 The Capitol, Tallahassee, FL 32399-1050 |
| 521369568 | + | State of New Jersey, Motor Vehicle Commission, Attn: Bankruptcy, 225 East State St, PO Box 136 Trenton, NJ 08601-0136 |
| 521369570 | | The Grand at Westside, Attn: Bankruptcy, 3250 Douglas Grand Dr, Kissimmee, FL 34747-1598 |
| 521369571 | | U.S. Attorney's Office (NJ), Attn: Civil Process Clerk, 970 Broad St Ste 700, Newark, NJ 07102-2534 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mike@assad.law | Sep 21 2026 22:02:00 | Michael I. Assad, Law Office of Mike Assad, P.C., 923 Haddonfield Road, Suite 336, Cherry Hill, NJ 08002 |
| tr | + | EDI: BADOBIN.COM | Sep 22 2026 01:20:00 | Andrea Dobin, McManimon, Scotland & Baumann, LLC, 427 Riverview Plaza, Trenton, NJ 08611-3420 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 21 2026 22:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 21 2026 22:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521369550 | | EDI: CAPITALONE.COM | Sep 22 2026 01:20:00 | Capital One Financial Corp, Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 521369552 | | Email/Text: lynn.colombo@duke-energy.com | Sep 21 2026 22:04:00 | Duke Energy Corp., Attn: Bankruptcy, 525 S Tryon St, Charlotte, NC 28202-1839 |
| 521369553 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 21 2026 22:04:00 | Hyundai Motor Finance, Attn: Bankruptcy, P.O. Box 20829, Fountain Valley, CA 92728-0829 |
| 521369554 | | EDI: IRS.COM | Sep 22 2026 01:20:00 | Internal Revenue Service, Attn: Bankruptcy, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521369555 | | EDI: JPMORGANCHASE | Sep 22 2026 01:20:00 | JPMorgan Chase, Attn: Bankruptcy, 270 Park Ave, New York, NY 10017-2014 |
| 521369556 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 21 2026 22:03:00 | NJ E-ZPass, Attn: Bankruptcy, PO Box 4971, Trenton, NJ 08650-4971 |
| 521369557 | | Email/Text: bankruptcy@onlineis.com | Sep 21 2026 22:04:00 | ONLINE Information Services, Inc., Attn: Bankruptcy, 685 W Fire Tower Rd, Winterville, NC 28590-9232 |
| 521369558 | | Email/Text: signed.order@pfwattorneys.com | Sep 21 2026 22:03:00 | Pressler Felt & Warshaw LLP, 7 Entin Rd, |

| | | | | |
|---|---|---|---|---|
| | | | | Parsippany, NJ 07054-5020 |
| 521369559 | | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Sep 21 2026 22:03:00 | Progressive Insurance, Attn: Bankruptcy, 300 N Commons Blvd, Mayfield, OH 44143-1589 |
| 521369561 | | Email/Text: bknotify@acsi.net | Sep 21 2026 22:04:00 | Rent Debt Automated Collections, Attn: Bankruptcy, PO Box 171077, Nashville, TN 37217-8077 |
| 521369567 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 21 2026 22:03:00 | State of New Jersey, Division of Taxation, Attn: Bankruptcy, 3 John Fitch Way, 5th Floor, Trenton, NJ 08695-0245 |
| 521369563 | | Email/Text: dl-csgbankruptcy@charter.com | Sep 21 2026 22:04:00 | Spectrum, Attn: Bankruptcy, 400 Washington Blvd, Stamford, CT 06902-6641 |
| 521369564 | | Email/Text: BNC_Notices@floridarevenue.com | Sep 21 2026 22:02:00 | State of Florida, Department of Revenue, Attn: Bankruptcy, PO Box 6668, Tallahassee, FL 32314-6668 |
| 521369566 | ^ | MEBN | Sep 21 2026 21:54:30 | State of New Jersey, Office of Attorney General, Attn: Bankruptcy, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 521369569 | | EDI: SYNC | Sep 22 2026 01:20:00 | Synchrony Bank, Attn: Bankruptcy, 777 Long Ridge Rd, Stamford, CT 06902-1247 |
| 521369572 | ^ | MEBN | Sep 21 2026 21:55:58 | U.S. Department of Justice, Attorney General of the United States, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 521369573 | | EDI: VERIZONCOMB.COM | Sep 22 2026 01:20:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr # 550, Saint Charles, MO 63304-2225 |
| 521369574 | | Email/Text: collections@waypoint.com | Sep 21 2026 22:03:00 | Waypoint Resource Group, Attn: Bankruptcy, 1065 W Levoy Dr Ste 100, Taylorsville, UT 84123-2979 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2026 Signature: /s/Gustava Winters