UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Michael I. Assad
Law Office of Mike Assad, P.C.
923 Haddonfield Road
Suite 336
Cherry Hill, NJ 08002
609-808-3300
Email: mike@assad.law

**Order Filed on September 21, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Yitzchok Yehuda Saul Polonetsky

Case No.: 26-20660-MBK

Chapter: 7

Judge: Michael B. Kaplan

**ORDER ON THE APPLICATION TO HAVE THE CHAPTER 7 FILING FEE WAIVED**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 21, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After considering the debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) the court orders that the application is:

☑ **Granted.** However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

❑ **Denied.** The debtor must pay the filing fee according to the following terms:

| You must pay ….. | On or before this date ….. |
|---|---|
| $ ____________________ | ____________________ (month/day/year) |
| $ ____________________ | ____________________ (month/day/year) |
| $ ____________________ | ____________________ (month/day/year) |
| $ ____________________ | ____________________ (month/day/year) |

Total: $ 0.00

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

❑ A hearing to consider the debtor's application will be held on ______________________ at _________ at:

Court address: ____________________________________________________________

Courtroom number: __________

If the debtor does not appear at this hearing, the court may deny the application.

*Revised 12/1/15*

United States Bankruptcy Court
District of New Jersey

In re: Case No. 26-20660-MBK
Yitzchok Yehuda Saul Polonetsky Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 1
Date Rcvd: Sep 21, 2026 Form ID: pdf903 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Yitzchok Yehuda Saul Polonetsky, 615 Burke Rd, Jackson Township, NJ 08527-4827 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrea Dobin | ecftrusteead@msbnj.com NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Michael I. Assad | on behalf of Debtor Yitzchok Yehuda Saul Polonetsky mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3