Certificate Number: 13861-NJ-DE-041598098

Bankruptcy Case Number: 26-20660

13861-NJ-DE-041598098

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 25, 2026, at 2:22 o'clock PM PDT, Yitzchok Yehuda Saul Polonetsky completed a course on personal financial management given by internet by Evergreen Financial Counseling, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: October 25, 2026

By: /s/Kelly M Overton

Name: Kelly M Overton

Title: Counselor